JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL PELEGRINO ASCUTIN, | Case No. 5:26-cv-00481-KK-AGR |
| Petitioner, | |
| v. | JUDGMENT |
| D. MARIN, et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, it is adjudged that the Petition for Writ of Habeas Corpus is granted consistent with the reasons and findings set forth in the Court's Orders granting a temporary restraining order and a preliminary injunction (Dkt. Nos. 16, 21).

Respondents are enjoined from re-detaining Petitioner under 8 U.S.C. § 1231(a)(6) unless and until Respondents follow the procedural safeguards set forth in 8 C.F.R. §§ 241.4, 241.13, and all other relevant applicable statutes and regulations,

including providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required, and from removing Petitioner to a third country (i.e., a country other than those designated as the countries of removal in Petitioner's final order of removal) without providing Petitioner with sufficient notice and an opportunity to be heard as set forth in the Order Granting Petition for Writ of Habeas Corpus.  (JS-6)

Dated:  May 21, 2026

_____

THE HONORABLE KENLY KIYA KATO
United States District Judge

2